**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX   441-1533**

**Attorneys for Plaintiff, RONALD S. WILSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD S. WILSON,<br><br>　　Plaintiff,<br>v.<br><br>CHARLES BOYKIN, dba WESTERN RANCH & PET SUPPLY, JOHN P. DOLAN, dba JP DOLAN LUMBER CO, and DOES ONE through FIFTY, inclusive,<br><br>　　Defendants. | **Case No. 2:09-CV-0071 FCD DAD**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　Plaintiff **RONALD S. WILSON** and Defendant **CHARLES BOYKIN, dba WESTERN RANCH & PET SUPPLY**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to a partial dismissal of the action, with prejudice, each party to bear their own attorney fees and costs, as set forth below.

　　2.　　Plaintiff's action against Defendant John P. Dolan dba JP Dolan Lumber Company remains active and is not dismissed.

　　3.　　Defendant Charles Boykin dba Western Ranch & Pet Supply's Cross-Action

against Cross-Defendant John P. Dolan dba JP Dolan Lumber Company remains active and is not dismissed.

4. Accordingly, the Parties jointly request that this Court dismiss only Plaintiff's action as to Defendant Charles Boykin dba Western Ranch & Pet Supply, with prejudice.

**SINGLETON LAW GROUP**

Dated: September 30, 2009    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **RONALD S. WILSON**

**GAW, VAN, MALE, SMITH, MYERS & MIROGLIO**

Dated: October 1, 2009    /s/ Teresa A. Cunningham
Teresa A. Cunningham, Attorney for Defendant
**CHARLES BOYKIN,
dba WESTERN RANCH & PET SUPPLY**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

The action <u>Ronald S. Wilson v. Charles Boykin, et al.</u>, Case Number 2:09-CV-00071-FCD-DAD, as to these parties, only, is dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Plaintiff's action against Defendant John P. Dolan dba JP Dolan Lumber Company remains active. Defendant Charles Boykin dba Western Ranch & Pet Supply's Cross-Complaint against Cross-Defendant John P. Dolan dba JP Dolan Lumber Company remains active.

Dated: October 1, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE