UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BOYKIN, Individually and dba WESTERN RANCH and PET SUPPLY,<br><br>    Defendant.<br>_____/ | No. CIV. S-09-0071 FCD DAD<br><br><br>**RELATED CASE ORDER** |
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BOYKIN, Individually and dba, WESTERN RANCH SUPPLY,<br><br>    Defendant.<br>_____/ | No. CIV. S-09-3034 FCD EFB |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same or similar defendants, same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2  result that these actions are assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.

5  IT IS THEREFORE ORDERED that the action denominated, CIV S-09-3034 FCD EFB,
6  having already been randomly assigned to Judge Frank C. Damrell, Jr., does not require
7  reassignment.  However, the matter shall be reassigned to Magistrate Judge Dale A. Drozd for all
8  further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be
9  shown as: **CIV S-09-3034 FCD DAD**.

10  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
11  assignment of civil cases to compensate for this reassignment.

12  IT IS SO ORDERED.

13  DATED:  February 3, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE